IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02439-WYD-OES

BIOTEST LABORATORIES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

GERSTNER & ASSOCIATES, INC., a California corporation;
SAN CORPORATION, a Nevada corporation; and
S.A.N. NUTRITION CORPORATION,

    Defendants.

_____

### ORDER OF DISMISSAL
_____

The parties filed a Stipulation to Dismiss with Prejudice (# 9) on February 7, 2006.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney's fees.

Dated:  February 8, 2006

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge